# United States District Court
Northern District of New York

## JUDGMENT IN A CIVIL CASE

**VAIL-BALLOU PRESS, INC.**

                V.                CASE NUMBER: 3:06-CV-643 (DNH/DEP)

**GRAPHIC COMMUNICATIONS INTERNATIONAL UNION/INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 898-m**

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that

**judgment is hereby entered in favor of respondent Graphic Communications International Union/International Brotherhood of Teamsters, Local 898-m, and against petitioner Vail-Ballou Press, Inc., in the sum of $30,805.09, said sum representing $29,517.85 in attorneys' fees for the period May 15, 2005 through April 29, 2007, plus $1,287.24 in costs and disbursements for the period May 15, 2005 through April 29, 2007, together with interest thereon at the rate provided for by 28 U.S.C. Section 1961(a); and that plaintiffs have execution therefor.**

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 29th day of June, 2007.

**June 29, 2007**
_____
**DATE**

*Lawrence K. Baerman* (signature)
Clerk of Court

_____s/_____
BY: Susan Evans
DEPUTY CLERK

**Entered on Docket:**

**6/29/2007   se**
**Date        By**